**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 12-42248-399 |
| KENNETH L HANIFORD III ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | May 16, 2012  10:00 am |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Schedule B incorrectly lists a 2002 Chevy Tahoe that is owned by Debtor's corporation.
2. The Trustee requires a 2012 income and expense forecast for LegalDox, Inc.
3. The 2016(b) form states $850 in attorney fees were paid prior to filing, but Statement of Affairs question #9 discloses payment of only $450 in attorney fees.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 12, 2012          /s/ John V. Labarge, Jr.
                               John V. Labarge, Jr.
OBJCONF--DSD                   Standing Chapter 13 Trustee
                               P.O. Box 430908
                               St. Louis, MO  63143
                               (314) 781-8100  Fax: (314) 781-8881
                               trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of April 12, 2012, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

                               /s/ John V. Labarge, Jr.

KENNETH L HANIFORD III
16365 PEPPERMILL DR
CHESTERFIELD, MO  63005

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303